**From:** Mary Miss <studio@marymiss.com>
**Subject: Re: Greenwood Pond: Double Site**
**Date:** December 3, 2023 at 10:23:57 AM EST
**To:** kelly baum <kbaum@desmoinesartcenter.org>

Dear Kelly,

I must say I am a bit shocked that this decision has been reached so quickly on the future of *Greenwood Pond: Double Site*.  I had thought there would be further discussions and explorations of alternative approaches.

There is a project at Laumeier Sculpture Park in St Louis (completed 1985) that calls for some comparisons. Though the winters may not be as harsh, it has been in place a much longer period of time. This work is built of the same materials as Double Site but parts have been replaced as needed over the years using a similar grade material.

I will tell you the things that come to mind for me:
-Is it really necessary to replace ALL the elements of the project at once?
-I am of course shocked by the price tag that is given by the contractor
-I would question whether the whole structure needs to be built of Cumaru
-As in the case of the Laumeier project, couldn't treated wood be used and, in the future, be maintained as a homeowner maintains a home?

In our earlier conversation, I mentioned the importance of this project in the development of my thinking and practice around issues of the environment and how to engage people with the threats we face.  I had been so pleased to have this work commissioned by a museum because of the guardianship I believed this would imply.

Women's lives and stories have endlessly been allowed to vanish so easily.  This situation with the Art Center project makes me very uncomfortable to say the least. Would a man's work—one of my colleagues's who might so easily be considered a 'master'—be allowed to disappear with out a trace? Somehow I doubt it.

It has taken a very long time for recognition of the accomplishments of women to surface.  It would be so unfortunate to take a step backwards at this point in time.

Mary Miss



Mary Miss

**City as Living Laboratory**
**349 Greenwich Street #5**
**New York, New York 10013**

EXHIBIT 2

t: 212 966 4287
www.marymiss.com
www.cityaslivinglab.org
www.watermarks.org

On Dec 1, 2023, at 6:09 PM, Kelly Baum <kbaum@desmoinesartcenter.org> wrote:

Dear Mary,

I was very happy to connect with you over Zoom a few weeks ago. I know the situation is unfortunate and upsetting, and I appreciate you continuing to engage with me and the Art Center.

Since we spoke, I've had numerous conversations with our board of trustees, with the City, and with some of the people who made individual gifts to support the rehabilitation of Greenwood Pond: Double Site in 2013-2014. I've also continued to stay in touch with our Director of Facilities and our structural engineer.

As you know, Greenwood Pond: Double Site has fallen into some disrepair, especially the areas still comprised of the original wood, which had a relatively short lifespan, one that has already been surpassed by about 15 years. Three areas of the environment cannot be salvaged at all: one has already been dismantled, and the other two are fenced off and will need to be taken down in early spring. The remaining areas are not long behind these three: eventually, they too will need to be deconstructed for safety reasons. The general contractor who has worked with us for many years, including on Greenwood Pond: Double Site, has estimated that today it would cost $2,652,000 to rebuild the work 1:1 with Cumaru wood: this price would obviously increase with the passage of time.

I'm very sorry to say that the cost is prohibitively expensive for us, and fundraising to remake the work simply isn't feasible.

This leaves me in a very difficult position. Greenwood Pond: Double Site is a magnificent work and a brilliant idea—when the Science Center still occupied the park, the environment was perfectly situated at the intersection of arts and ecological programming. Now the Science Center is situated downtown, and Greenwood Pond: Double Site has buckled under the weight of Iowa's extreme

EXHIBIT 2

climate. It's my belief that the work has come to the end of its life, at least its life outdoors. I know you were striving for permanence, but the materials from which it was made are, at their heart, ephemeral. I do not want to continue watching Greenwood Pond: Double Site deteriorate, nor do I want to endanger the public. At the same time, I recognize we do not and will not ever have the money to remake it. As a result, I believe the responsible decision would be to decommission Greenwood Pond: Double Site and remove it from the park. I would not want this to be done quietly: indeed, I think this would be the perfect moment to celebrate your accomplishment and bring renewed attention to the work as we are saying goodbye to it.

I didn't come to this decision lightly, but I see no other way forward, nor does our board. Decommissioning the work would obviously require your permission. I hope you will think on my email. I am more than happy to speak next week.

Thank you, Mary, and all my best,

Kelly

**Kelly Baum, Ph.D.**
**John and Mary Pappajohn Director**
she/her/hers

Des Moines Art Center
4700 Grand Avenue
Des Moines, IA 50312
[desmoinesartcenter.org](desmoinesartcenter.org)
515-271-0322 (direct line)

<image001.jpg>

**From:** Mary Miss <studio@marymiss.com>
**Sent:** Tuesday, November 7, 2023 8:49 AM
**To:** Kelly Baum <kbaum@desmoinesartcenter.org>
**Subject:** Re: Greenwood Pond: Double Site

Hi Kelly,

Let's plan to speak next Monday 12pm CT / 1pm ET.

**EXHIBIT 2**

Mary

On Nov 6, 2023, at 11:01 AM, Kelly Baum <kbaum@desmoinesartcenter.org> wrote:

Hi Mary,

Yes, I imagine it was a surprise to learn that one of the structures had to be dismantled and two enclosed, and I'm very sorry to have had to share that news. Much if not all of those parts of Greenwood Pond: Double Site consist of the original domestic grade wood, which has a limited life expectancy, one that has already been exceeded, in addition to being severely tested over the decades by weather, water, and unexpected floods. This is also an issue for many of the remaining elements of the installation. I understand that you and Jeff Fleming had a similar conversation in 2010, so you'll understand the forces and challenges at play. Unfortunately, part of the environment has now become a safety hazard, and when it was flagged as such by our engineer, we became morally obligated to act to protect the public.

I'm free to speak next week on Monday the 13th between 11:00 and 1:00 Central (Chicago) and after 3:30 Central time. I could also speak on Tuesday the 14th between 9:30 and 11:30 Central time.

All my best,

Kelly

**Kelly Baum, Ph.D.**
**John and Mary Pappajohn Director**
she/her/hers

Des Moines Art Center
4700 Grand Avenue
Des Moines, IA 50312
desmoinesartcenter.org
515-271-0322 (direct line)

EXHIBIT 2

**From:** Mary Miss <studio@marymiss.com>
**Sent:** Monday, November 6, 2023 5:45 AM
**To:** Kelly Baum <kbaum@desmoinesartcenter.org>
**Subject:** Re: Greenwood Pond: Double Site

Dear Kelly,

Needless to say, I was very surprised to receive the news of the dismantling of the Greenwood Pond project.

I have returned to NewYork but must travel out of town this week.  I hope we can find a time to talk next week.  Please suggest a couple of convenient times.

Thanks,

Mary


On Oct 25, 2023, at 7:51 PM, Kelly Baum <kbaum@desmoinesartcenter.org> wrote:

Dear Mary,

A quick update to let you know that we've finished enclosing the three structures mentioned below with fencing and have begun the process of dismantling the arched structure for safety reasons.

We've provided an update to the public on our social media channels and have a press release available on our website. Because much is unknown at this point, we're providing only scant details. If you happen to receive any requests or outreach from the media, feel free to send them to me or to our Director of External Affairs, Amy Day, cc'ed here, who is monitoring correspondence and media.

All my best,

Kelly

**Kelly Baum, Ph.D.**

**EXHIBIT 2**

**John and Mary Pappajohn Director**
she/her/hers

Des Moines Art Center
4700 Grand Avenue
Des Moines, IA 50312
[desmoinesartcenter.org](desmoinesartcenter.org)
515-271-0322 (direct line)

<image001.jpg>

**From:** Kelly Baum <kbaum@desmoinesartcenter.org>
**Sent:** Saturday, October 21, 2023 9:35 AM
**To:** studio@marymiss.com
**Cc:** Mickey Ryan <mryan@desmoinesartcenter.org>
**Subject:** RE: Greenwood Pond: Double Site

Hi Mary,

Understood.

Because the situation is urgent, I'll need to proceed next week with dismantling the arched structure. The wood is rotten, and the structure as a whole is not anchored securely into the ground. The other two structures flagged by the engineer will be surrounded by metal fencing. I've alerted both our board and city officials, so they're aware I'm taking steps to protect the public, and they're supportive. Again, I'm sorry to deliver this news, and to do so out of the blue. It's very unfortunate. I'm not alone at the Art Center or within Des Moines in feeling very saddened that we need to take these steps and restrict access to Greenwood Pond: Double Site.

You know how to reach me when you're able.

Sincerely,

Kelly

**Kelly Baum, Ph.D.**
**John and Mary Pappajohn Director**

EXHIBIT 2

she/her/hers

Des Moines Art Center
4700 Grand Avenue
Des Moines, IA 50312
[desmoinesartcenter.org](desmoinesartcenter.org)
515-271-0322 (direct line)

<image001.jpg>

**From:** studio@marymiss.com <studio@marymiss.com>
**Sent:** Saturday, October 21, 2023 12:36 AM
**To:** Kelly Baum <kbaum@desmoinesartcenter.org>
**Subject:** Re: Greenwood Pond: Double Site

I am out of the country until November 3rd.

Sent from my iPhone

On Oct 20, 2023, at 10:49 PM, Kelly Baum <kbaum@desmoinesartcenter.org> wrote:

Dear Mary,

I hope this finds you safe and well. We met several years ago, when I was lucky enough to visit your studio while I was working as a curator at The Met. As of May 1, I've been serving as director of the Des Moines Art Center, which is why I write to you today. As part of my new role, I've been assessing all of the Art Center's facilities, collections, and off-site environments, including your incredible Greenwood Pond: Double Site. As someone who has long been interested in the relationship between art, place, ecology, and the public, I find it fascinating and important.

Unfortunately, some of the structures in Greenwood Pond: Double Site have not stood the test of time and weather, a function in part of the wood originally use to create the environment as well as the aquatic environment in which much of it rests. The small section that was rehabilitated circa 2012 is holding up well, but the original wood has deteriorated considerably. Earlier today, a structural engineer assessed the site with our director of facilities, our chief registrar (Mickey Ryan, cc'ed here), and our chief preparator. The engineer recommended

**EXHIBIT 2**

we close three of the structures in the environment immediately—the bridge, the warming hut, and the open arches—since they are structurally unsound and pose an imminent risk to the public. Because the matter involves health and human safety, we cannot ignore the recommendation of our engineer, so we're wrapping the three structures in snow fencing now and will rent sturdier fencing next week. Additionally, the arched structure is so compromised that we will likely need to start dismantling it next week: a strong wind or even a very determined human could topple it without much trouble, and a fence won't prevent this from happening. The other two sections will also eventually need to be dismantled.

I've closely reviewed the file on Greenwood Pond: Double Site, including the original designs and contract with you as well as the assessments, condition reports, and correspondence from the period circa 2012. As per our contract, of course, we're meant to contact you whenever the need arises to alter the installation. That need has arisen, and out of an abundance of caution, I've had to make the executive decision to act immediately to close off parts of the environment.

I'm very sorry to reach out to you for the first time in my capacity as director of the DMAC with this difficult news. I appreciate you getting back to me when you can. You can reach me at this email address or at the number below, which will also ring over to my cell phone.

Thank you, Mary,

Kelly

**Kelly Baum, Ph.D.**
**John and Mary Pappajohn Director**
she/her/hers

Des Moines Art Center
4700 Grand Avenue
Des Moines, IA 50312
[desmoinesartcenter.org](desmoinesartcenter.org)
515-271-0322 (direct line)

<image001.jpg>

EXHIBIT 2