# Des Moines Register

LOCAL

# Residents rally to save Greenwood Park art as Art Center announces plans to demo next week



**Virginia Barreda**
Des Moines Register

Published 10:21 a.m. CT April 3, 2024 | Updated 11:31 a.m. CT April 3, 2024

Des Moines community members are doubling down on their calls to save a prominent outdoor art installation at Greenwood Park just as Des Moines Art Center officials announced it will start demolition next week.

Scott Rudcil says New York-based artist Mary Miss' "world-class" art installation, "Greenwood Pond: Double Site," has become "part of the fabric of the city." He was one of the two community members who spoke at a Des Moines City Council meeting Monday night advocating for the community to find a way to preserve the artwork.

"I live on that street," Rudcil said. "I see the thoroughfare of people every day, all year that go down to that park to get a breath of fresh air, to witness life — ducks and baby ducks and geese and fishing — and it's just a gem within the city and it's not under-used."

Two days later, on Wednesday, Kelly Baum, director of the Des Moines Art Center, said it would begin removing the installation "in the interests of public safety." She has said a structural engineer declared key portions of the site were dangerous and unsalvageable.

"Every decision we make as an institution is for the intellectual, emotional, social, and physical well-being of our guests," Baum said in a statement. "Trust and creativity flourish best in environments that are secure and welcoming. We are and always will be just as committed to the arts as we are to public safety."

Miss could not immediately be reached for comment but she said in a letter to the Art Center Board of Trustees they do not have permission to remover her work.

## 'Do what's right': Residents ask city for help

For 28 years, Greenwood Park has housed the art installation meant to immerse residents in nature. Owned and managed by the Des Moines Art Center, it includes elements such as walkways that visitors have used to walk around the edge of the pond at the park; a pavilion; and a trough that visitors could descend into and be treated to a unique view of the water closer to eye level.

Last year, Art Center leaders announced the installation would be removed from the park due to the threat it poses to public safety and the high price involved in rebuilding and caring for it, a long-term cost that would surpass the Art Center's $7.7 million annual budget last year.

**More:** Why the Des Moines Art Center decision to remove Greenwood Park artwork has caused an uproar

On Monday, Rudicil argued it's not a question of finances, but about "willpower to do what's right for the city." He says like any other art installation, monument or space, the "Greenwood Pond: Double Site" requires ongoing maintenance. And if the art center can't maintain it, the city should find another way to keep it around.

"This may seem like a private matter, but the city should be invested in ... creative leadership around slowing down and figuring something that's viable out," Rudicil said.

Rudicil and his wife, Anna Rudicil, take walks in the park to enjoy the installation just about every day when the weather is nice.

"It's a great way for kids to actually experience nature, right there, you don't have to drive for miles just to see nature ... flowers, birds, bees, anything," Anna Rudicil said.

In the Art Center's statement on Wednesday, Mayor Connie Boesen said she acknowledges the community has a "deep connection" to the installation.

"We prioritize the public safety of park patrons and respect the Des Moines Art Center's decision regarding its decommissioning, and we remain dedicated to supporting our vibrant arts community," she said. "Moving forward, we will collaborate closely with the Art Center and the public to ensure that the surrounding park remains a cherished local destination, while also exploring opportunities to reimagine the park, and continuing to enrich our city's cultural landscape."

# Mary Miss: Art Center doesn't have written permission to remove structure

The installation's planned removal has raised questions for Miss and caused an uproar among artists, architects, educators and other community members. But Baum said maintenance is no longer an option for the installation.

In an open letter to the community in February, Baum wrote that concerns over the life expectancy and structural integrity of the artwork were raised from its inception. Exposure to both water and extreme weather have sped up the work's decline, she added.

**Previously:** Des Moines Art Center limits some access to art installation, walkway at Greenwood Park

A fundraising campaign was launched to repair the structure after it suffered major damage in 2011, but Baum wrote that Miss and the Art Center had conversations at the time acknowledging that the work would need to eventually be decommissioned. Baum also pointed to a letter from Miss to the Art Center's former director from July 2012 saying that Miss agreed to uninstall the work if it was not feasible to repair it.

In a written response from Miss to the Art Center's Board of Trustees president Jason Gross dated March 29, 2024, Miss said her letter from 2012 was "grossly distorted" and "weaponized" as an effort to remove the site.

She argued that her contract with the art center from 1994 states that the Art Center will not intentionally damage or alter the work without the artist's written approval.

"The Des Moines Art Center does not have my written permission to 'intentionally damage, alter, relocate, modify or change' Greenwood Pond: Double-Site," she wrote.

In her statement Wednesday, Baum said the board unanimously voted to remove the artwork in late March.

"In choosing this course of action, the Art Center embraces the letter and spirit of its 1990 agreement with the City, which obliges us to act proactively to protect the public from any harm that might be caused by a work of art on City property," she said.

## Installation's removal has gotten national attention

David Joiner, who lives near Greenwood and spoke at the council meeting, said the work's meaning and uniqueness extends far beyond Des Moines. He and his wife, Stephanie Daggett Joiner, are leading preservation efforts called Save the Greenwood Pond: Double Site, which includes a petition that's garnered 469 signatures.

"Many, many people that are extremely important in the art world and in the architecture world have written letters saying, 'Hey, don't do this. This is a bad move.' You don't take a piece of art like this and rip it out. This is something that a city should be proud to own," Joiner said.

Joiner said another concern is that there hasn't been much transparency surrounding an engineering report outlining how much it would cost to make the repairs versus what it would cost to decommission the work.

"If you really feel like you're doing the right thing then why are you hiding such important information that would help inform people's ability to make real decisions around what can and can't be done?" he said. "It doesn't make sense to me."

"If it means something to you, you fix it, that's the thing. Why does this piece not mean anything to them anymore?" Daggett Joiner said.

## What will happen with demolition of the artwork?

Beginning Monday, the Art Center will enclose the pond and a section of the paved trail leading from the southwest side of the Art Center toward the pond with 6-foot-high fencing. The city will drain Greenwood Pond and redirect the water into the Raccoon River "and, along with it, much of the aquatic life," the Art Center's statement says.

The Art Center's contractor will disassemble and remove all of the stone, concrete, wooden, and metal elements that comprise Greenwood Pond: Double Site, including the boulders, bridges, walkways, and huts that either ring Greenwood Pond or sit in it.

Demolition could take 12 to 15 weeks. It could take another two weeks to restore the site back to public use. The pond will refill naturally with rainfall.

*Des Moines Register reporter Paris Barraza contributed to this story.*

EXHIBIT 3

*Virginia Barreda is the Des Moines city government reporter for the Register. She can be reached at vbarreda@dmreg.com. Follow her on Twitter at @vbarreda2.*

EXHIBIT 3