IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARY MISS<br><br>Plaintiff<br><br>v.<br><br>EDMUNDSON ART FOUNDATION, INC., d/b/a DES MOINES ART CENTER<br><br>Defendant | CASE NO. 4:24-cv-00123<br><br><br>**MOTION TO SET HEARING ON TEMPORARY RESTRAINING ORDER** |

COMES NOW, the plaintiff, by and through the undersigned, and in support of her motion, states as follows:

1. Plaintiff filed a verified application and complaint seeking a temporary restraining order, without notice on April 4, 2024.

2. The reasons that the temporary restraining order should be granted without notice are set forth in the application, certified by the undersigned, and verified by the plaintiff, pursuant to FRCP 65.

3. The Plaintiff prays that the Court enter the Temporary Restraining Order and set the matter for a hearing within the next 14 days pursuant to FRCP 65(b)(2)-(3).

WHEREFORE, the plaintiff prays that upon the entry of a temporary restraining order the Court set the matter for a hearing.

Respectfully submitted,

**WANDRO KANNE & LALOR, P.C.**

*/s/ Ben Arato*
Alison F. Kanne		AT0013262
Benjamin G. Arato		AT0010863
2015 Grand Avenue Suite 102
Des Moines, IA 50312
Telephone: (515) 717-7455
Facsimile: (515) 608-4645
Email: akanne@wandrolaw.com
 barato@wandrolaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the counsel identified below by email on April 4, 2024

   */s/ Ben Arato*

Michael S. Boal
Belin McCormick
666 Walnut St., Ste. 2000
Des Moines, IA, 50309-3989
msboal@belinmccormick.com