## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:24-cv-00123-SHL-SBJ : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Mary Miss | Edmundson Art Foundation, Inc., |

Plaintiff(s) Counsel: Benjamin Granfield Arato and Alison Florence Kanne

Defendant(s) Counsel: Kelsey J. Knowles, Michael Steven Boal, and Wayne E Reames

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiff's Motion for Temporary Restraining Order (ECF 2) | | : | X |

Proceedings:

Court in session with counsel personally present for a Motion Hearing on Plaintiff's Motion for Temporary Restraining Order (ECF 2). Plaintiff argues in support of the Motion. Defendant argues in resistance. Plaintiff provides rebuttal argument. The Court considers the matter fully submitted and will issue a ruling as promptly as possible. Court adjourns.

Time Start: 10:00 a.m.
Time End:  11:18 a.m.
Date: April 8, 2024

/s/ M. Mast
_____
Deputy Clerk