UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARY MISS,<br><br>Plaintiff,<br><br>vs.<br><br>EDMUNDSON ART FOUNDATION INC., d/b/a DES MOINES ART CENTER<br><br>Defendant. | Case No. 4:24-cv-00123-SHL-SBJ<br><br>**PLAINTIFF'S WITNESS LIST** |

**COMES NOW** Plaintiff, Mary Miss, by and through the undersigned Counsel of Record, and hereby submits the following Witness List for the hearing scheduled on April 18, 2024.

## WITNESSES

1. Dr. Susanneh Bieber – Associate Professor, Texas A&M University. Will provide expert testimony on the artistic and historical significance of Greenwood Pond Double Site, as well as museum practices regarding deaccession.

2. Bambi Yost – Associate Professor – Iowa State University. Will provide expert testimony on the educational value of Greenwood Pond Double Site.

3. Mike Draper – Des Moines resident. Will provide testimony on the local value of Greenwood Pond Double Site and his interactions with the community regarding the Art Center's intention to demolish the site.

4. Mary Miss – the artist. Will provide testimony regarding Greenwood Pond Double Site, and her interactions with the Art Center related to the site.

Respectfully submitted,

1

**WANDRO, KANNE & LALOR, P.C.**

*/s/ Ben Arato*
Ben Arato                AT0010863
Alison F. Kanne          AT0013262
2015 Grand Avenue Suite 102
Des Moines, IA 50312

Telephone: (515) 717-7455
Facsimile: (515) 608-4645

Email:
barato@wandrolaw.com
akane@wandrolaw.com


**ATTORNEYS FOR PLAINTIFF
MARY MISS**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties of record by filing the same via Pacer on April 17, 2024.

*/s/ Ben Arato*