## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

| Case No. 4:24-cv-00123-SHL-SBJ | : | Clerk's Court Minutes – Preliminary Injunction Hearing |

| Plaintiff(s) | Defendant(s) |
|---|---|
| Mary Miss | Edmundson Art Foundation, Inc., (d/b/a Des Moines Art Center) |

Plaintiff(s) Counsel: Benjamin Granfield Arato, Alison Florence Kanne, and Steven P. Wandro

Defendant(s) Counsel: Kelsey J. Knowles, Michael Steven Boal, and Wayne E. Reames

Court Reporter: Tonya Gerke        :        Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiff's Motion for Preliminary Injunction | | : | X |

Proceedings:

Court in session with counsel personally present for a Preliminary Injunction Hearing. Both sides stipulate to the admission of all exhibits submitted via CM/ECF prior to the hearing. The Court admits all respective exhibits (see attached Exhibit and Witness List). Plaintiff calls witness, Dr. Susanneh Bieber. Witness sworn and testifies. Plaintiff calls witness, Bambi Yost. Witness sworn and testifies. Plaintiff calls witness, Mike Draper. Witness sworn and testifies. Plaintiff calls witness, Mary Miss. Witness sworn and testifies. Defendant calls witness, Dr. Kelly Baum. Witness sworn and testifies. 11:59 a.m. Court recesses. 12:55 p.m. Court reconvenes. Testimony of Dr. Kelly Baum resumes. Defendant calls witness, Ben Page. Witness sworn and testifies. Defendant calls witness, Michael Gard. Witness sworn and testifies. Defendant calls witness, Mickey Ryan. Witness sworn and testifies. Defendant calls witness, Jay Ewart. Witness sworn and testifies. Plaintiff presents argument. Defendant presents argument. The Court considers the matter fully submitted and will issue a ruling as promptly as possible.

Court adjourns.

Time Start: 10:08 a.m.
Time End:  2:33 p.m.
Date: April 18, 2024

/s/ M. Mast
Deputy Clerk