IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARY MISS,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUNDSON ART FOUNDATION, INC. d/b/a DES MOINES ART CENTER,<br><br>    Defendant. | CASE NO. 4:24-CV-00123<br><br><br>**STATUS REPORT** |

Following settlement conferences with Magistrate Judge Jackson, the parties have continued to discuss resolution in this matter and believe they have reached agreement on full resolution. The parties are working to memorialize their agreement and hope to have it finalized within the next 30-60 days. The Court currently has a hearing set for this Friday, November 22, 2024, on the Art Center's Motion to Dissolve or Otherwise Modify the Preliminary Injunction entered on May 3, 2024. Given the parties' pending resolution, the hearing is no longer necessary at this time. Counsel for Plaintiff has reviewed this Report and has no objection.

Dated this 21st day of November 2024.

Respectfully submitted,

BELIN McCORMICK, P.C.

*/s/ Kelsey J. Knowles*
Wayne E. Reames
Kelsey J. Knowles
Michael S. Boal
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4631
Facsimile: (515) 558-0631
wereames@belinmccormick.com
kjknowles@belinmccormick.com
msboal@belinmccormick.com
ATTORNEYS FOR DEFENDANTS